Strauss v. Boden.

SAMUEL STRAUSS, Appellant, v. HENRY G. BODEN, Respondent.

Kansas City Court of Appeals, May 20, 1895.

Attachment: APPEAL FROM JUDGMENT ON ABATEMENT. The appeal in this case is dissmissed under authority of *Hauser v. Andersch*, 56 Mo. App. 486, and *Milling Company v. Ramey*, 57 Mo. App. 33.

*Appeal from the Jackson Circuit Court.*—HON. J. W. HENRY, Judge.

APPEAL DISMISSED.

*Ellis & Cook* for appellant.

As we have undertaken to show, the court had no right upon demurrer to weigh the evidence, but we submit that the judgment as rendered was against the weight of the evidence. It must be admitted that the testimony of the plaintiff and of witness Kohler, standing undisputed and unexplained, tends strongly to show fraud on the part of the defendant throughout his dealings with plaintiff. There is nothing to show the contrary.

*F. V. Kander* for respondent.

The appeal of plaintiff was prematurely taken, that is to say, before the trial of the cause on the merits, and for that reason the appeal must be dismissed. Amendment of section 562 of the Revised Statutes of 1889, by act of February 25, 1891; (Session Acts, 1891, p. 45; *Hauser v. Andersch*; 56 Mo. App. 485; *Milling Co. v. Ramey*, 57 Mo. App. 33.

Ellison, J.—This is a suit in attachment. A plea in abatement was filed and determined in defendant's favor, on a demurrer to plaintiff's evidence. Plaintiff thereupon appealed to this court, the case on its merits being undetermined. The appeal will be dismissed under the authority of *Hauser v. Andersch*, 56 Mo. App. 485, and *Milling Co. v. Ramey*, 57 Mo. App. 33. All concur.